Johnson & Silver, LLP
12720 Hillcrest Road, Suite 280
Dallas, Texas 75230
972/788-4610

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SCOTT IRWIN ROSZEL AND | ) | CASE NO.12-10191-rlj |
| SANDRA DEE ROSZEL, | ) | CHAPTER 13 |
|     DEBTORS. | ) | |

## NOTICE TERMINATING AUTOMATIC STAY

21st Mortgage Corporation ("21st Mortgage") files this Notice Terminating Automatic Stay and would show the Court the following:

1.  On or about October 2, 2012, the Court entered an Agreed Order Conditioning Automatic Stay ("Agreed Order") between 21st Mortgage and Scott Irwin Roszel and Sandra Dee Roszel (collectively "Debtor"). The Agreed Order provided that if Debtor defaulted and failed to cure the default within ten days of the issuance of a notice of default by 21st Mortgage or in the event Debtor become delinquent after two notices of default, the Automatic Stay would terminate as to 21st Mortgage.

2.  On October 23, 2012 and May 7, 2013, notices of default were sent to Debtor by certified mail and U.S. Mail pursuant to the terms of the Agreed Order.  The notices of default informed Debtor that the Automatic Stay would terminate if Debtor failed to cure the default within the time allowed. As per the Agreed Order, Debtor has received two prior notices of default.   As of today, Debtor is in default for the July 15, 2013 and August 15, 2013 payments.

3.  Accordingly 21st Mortgage files notice that the automatic stay has terminated with respect to Debtor's 1998 American Home Star of Lancaster, Inc. Galaxy model 28 x 56 manufactured home, bearing serial number AH01986963A/B and real property with an address of 123 Pueblo Avenue, Tye, TX 79563.

Respectfully submitted
**JOHNSON & SILVER, LLP**

/s/ Jamie E. Silver
**B. BRUCE JOHNSON**
State Bar No. 10682800
**JAMIE E. SILVER**
State Bar No. 24042907
12720 Hillcrest Road, Suite 280
Dallas, Texas 75230
(972) 788-4610
(972) 386-7694 telecopier
ATTORNEY FOR 21ST MORTGAGE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice Terminating Automatic Stay was served upon the following parties via electronic filing or by U.S. Mail on August 15, 2013 :

Scott Irwin Roszel and Sandra Dee Roszel
123 Pueblo Ave
Tye, Texas 79563

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 N. Cypress, Suite 310
Abilene, TX 79601

Walter O'Cheskey, Trustee
6308 Iola Ave
Lubbock, Texas 79424

U.S. Trustee
Northern District of Texas
1100 Commerce Street
Room 976
Dallas, Texas 75242

All Parties in Interest

/s/ Jamie E. Silver
JAMIE E. SILVER